IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| A.V.R., a permanently disabled child with spina bifida and hydrocephalus; WYDALLYS RIVERA-QUIÑONES, solely on behalf of her minor child<br><br>Plaintiffs<br><br>vs<br><br>WATERFRONT CANTINA CORP.; ARTURO CORSINO-MELENDEZ<br><br>Defendants | CIVIL 16-2626CCC |

## JUDGMENT

For the reasons stated in the Order issued on this same date, JUDGMENT is hereby entered DISMISSING plaintiff's Complaint against defendants Arturo Corsino-Meléndez and Waterfront Cantina, Corp., WITHOUT PREJUDICE.

SO ORDERED AND ADJUDGED.

At San Juan, Puerto Rico, on July 19, 2017.

S/CARMEN CONSUELO CEREZO
United States District Judge